DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
REBEKKAH B. BODOFF, ESQ.
Nevada Bar No. 12703
**AKERMAN LLP**
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: rebekkah.bodoff@akerman.com

*Attorneys for Plaintiff CitiMortgage, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CITIMORTGAGE, INC.<br><br>　　　　　Plaintiff,<br>vs.<br><br>TIERRA DE LAS PALMAS OWNERS ASSOCIATION; MARSHALL FAMILY TRUST; and ABSOLUTE COLLECTION SERVICES, LLC<br><br>　　　　　Defendants. | Case No: 2:16-cv-00610-JCM-CWH<br><br>**NOTICE OF DISASSOCIATION** |

Plaintiff CitiMortgage, Inc., by and through its attorneys of record, the law firm Akerman LLP, hereby gives notice that Miles Clark, Esq. is no longer an attorney associated with Akerman LLP.

Akerman LLP will continue to represent Plaintiff and request that Darren T. Brenner, Esq. and Rebekkah Bodoff, Esq. receive all future notices.

DATED this 29th day of November, 2016.

IT IS SO ORDERED.

DATED: November 30, 2016

C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

**AKERMAN LLP**

/s/ Rebekkah Bodoff
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
REBEKKAH B. BODOFF, ESQ.
Nevada Bar No. 12703
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Bank of America, N.A.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of Akerman LLP, and that on the 29th day of November, 2016, I caused to be served a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION**, in the following manner:

(**ELECTRONIC SERVICE**)  Pursuant to FRCP 5(b), the above referenced document was electronically filed on the date hereof with the Clerk of the Court for the United States District Court by using the Court's CM/ECF system and served through the Court's Notice of electronic filing system automatically generated to those parties registered on the Court's Master E-Service List.

James W. Pengilly, Esq.
Elizabeth B. Lowell, Esq.
PENGILLY LAW FIRM
1995 Village Center Circle, Suite 190
Las Vegas, Nevada 89134
elowell@pengillylawfirm.com
*Attorneys for Tierra de las Palmas Owners Association*

Shane D. Cox
ABSOLUTE COLLECTION SERVICES, LLC
8440 W. Lake Mead Blvd., Ste. 210
Las Vegas, Nevada 89128
shane@absolute-collection.com
*Attorney for Absolute Collection Services, LLC*

Randal A. Deshazer, Esq.
961 Pack Saddle Court
Henderson, Nevada 89014
randydeshazer@yahoo.com
*Attorney for Marshall Family Trust*

*/s/ Carla Llarena*
An employee of Akerman LLP