UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CITIMORTGAGE, INC.,<br><br>Plaintiff(s),<br><br>v.<br><br>TIERRA DE LAS PALMAS OWNERS ASSOCIATION, et al.,<br><br>Defendant(s). | Case No. 2:16-CV-610 JCM (CWH)<br><br>**ORDER** |

Presently before the court is the matter of *CitiMortgage, Inc. v. Tierra De Las Palmas Owners Association et al.*, case number 2:16-cv-00610-JCM-CWH.

In light of the status report filed July 3, 2017 (ECF No. 39), the parties shall file—on or before **Friday, July 14, 2017**— a proposed joint pretrial order in accordance with the applicable local and federal rules.

Accordingly,

IT IS SO ORDERED.

DATED July 5, 2017.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**