**James C. Mahan
U.S. District Judge**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CITIMORTGAGE, INC., | Case No. 2:16-CV-610 JCM (CWH) |
| Plaintiff(s), | **ORDER** |
| v. | |
| TIERRA DE LAS PALMAS OWNERS ASSOCIATION, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *CitiMortgage, Inc. v. Tierra De Las Palmas Owners Association et al.*, case number 2:16-cv-00610-JCM-CWH.

The court ordered the parties to file a proposed joint pretrial order. (ECF Nos. 12, 36, 40). On July 14, 2017, a proposed joint pretrial order was filed that did not include defendant Marshall Family Trust ("MFT"). (ECF No. 41). The parties represented that MFT's counsel, Randal Alan Deshazer, was suspended from the practice of law by the Nevada Supreme Court effective June 27, 2017. (ECF No. 41).

A fictitious entity is not permitted to appear in federal court unless it is represented by counsel. *United States v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). Although a non-attorney may appear on his own behalf to represent himself, that privilege is personal to him. *C.E. Pope Equity Trust v. United States*, 818 F.2d 696, 697 (9th Cir. 1987). An individual has no authority to appear as an attorney for anyone other than himself. *Id.*

In light of the foregoing, MFT shall have until **August 18, 2017**, in which to retain substitute counsel who shall make an appearance in accordance with the requirements of the local

1 rules. Thereafter, the parties shall have until **September 18, 2017**, to meet and confer and file a
2 proposed joint pretrial order that complies with LR 16-3 and LR 16-4.
3     Accordingly,
4     IT IS SO ORDERED.
5     DATED July 18, 2017.

                                                                         _____
                                                                         UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -