**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| CITIMORTGAGE, INC., ) | |
| ) | Case No. 2:16-cv-00610-JCM-CWH |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| TIERRA DE LAS PALMAS OWNERS ) | |
| ASSOCIATION, et al., ) | |
| ) | |
| Defendants. ) | |

Presently before the court is non-party Ricardo Fojas' Motion for Substitution (ECF No. 45), filed on November 2, 2017. None of the parties filed a response.

Mr. Fojas requests leave of court to be substituted as a party defendant in place of Defendant Marshall Family Trust, arguing that he acquired the rights and interest of the Marshall Family Trust over the real property that is at issue in this case. Mr. Fojas attaches to his motion a copy of the trustee's deed that assigns, transfers, and conveys the real property from the Marshall Family Trust to Mr. Fojas. Given that the motion is unopposed, and good cause appearing, the court will grant the motion. *See* LR 7-2(d) (stating that the failure of an opposing party to file points and authorities in response to a motion constitutes a consent to the granting of the motion).

IT IS THEREFORE ORDERED that Ricardo Fojas' Motion for Substitution (ECF No. 45) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court must substitute Ricardo Fojas as a party defendant in place of Defendant Marshall Family Trust in the court's docket.

/ / /

/ / /

IT IS FURTHER ORDERED that Defendant Fojas must meet and confer with the other parties in this case and that the parties must file a proposed joint pretrial order that complies with the court's local rules by December 22, 2017.

DATED: November 22, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**