ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
REBEKKAH BODOFF, ESQ.
Nevada Bar No. 12703
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: darren.brenner@akerman.com
Email: rebekkah.bodoff@akerman.com
*Attorneys for CitiMortgage, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CITIMORTGAGE, INC., | Case No.: 2:16-cv-00610-JCM-CWH |
| Plaintiff, | **SECOND AGREED MOTION TO** |
| v. | **CONTINUE TRIAL** |
| TIERRA DE LAS PALMAS OWNERS ASSOCIATION; RICARDO FOJAS; and ABSOLUTE COLLECTION SERVICES, LLC; | |
| Defendants. | |

This court continued calendar call to July 11, 2018 and trial to July 16, 2018 after the parties requested a 60-day continuance to allow time to finalize their settlement. (*See* Order, ECF No. 56, at 1-3.) The parties have made progress towards completing the settlement over the past 60 days, but they still have outstanding obligations under the agreement before they can file a stipulation and proposed final judgment. CitiMortgage, Inc., Tierra de las Palmas Owners Association, Absolute Collection Services, LLC, and Ricardo Fojas move the court to vacate the July 11, 2018 calendar call and July 16, 2018 trial setting and continue them for another 60 days to allow them time to complete the settlement and file the stipulation of dismissal.

/ / /

/ / /

## ARGUMENTS AND AUTHORITIES

There is good cause to continue the July 16, 2018 trial. The parties reached a settlement and have made a good faith effort to finalize the settlement's terms and complete their obligations under it. (*See* ECF No. 52.) Since the last continuance, the parties finalized the terms of the long-form agreement, and each party has executed it. Settlement payments must be exchanged by July 30, and the parties must file their stipulation and proposed final judgment within 10 business days of delivering the settlement payment. The parties thus anticipate filing the proposed final judgment by mid-August.

As reflected by the below signatures of their respective attorneys, CitiMortgage, Tierra de las Palmas Owners Association, and Absolute Collection Services, LLC along with Ricardo Fojas consent to the requested continuance. Good cause exists to continue trial as the parties are in the process of finalizing their obligations under the settlement they reached. A continuance will allow the parties to realize their settlement and ensure an efficient use of their and the court's resources.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CONCLUSION

CitiMortgage, Inc., Tierra de las Palmas Owners Association, Absolute Collection Services, LLC, and Ricardo Fojas respectfully request the court vacate the July 11, 2018 calendar call and the July 16, 2018 trial setting and reset the calendar call and trial for at least 60 days.

Dated: July 6, 2018

**AKERMAN LLP**

*/s/ Rebekkah Bodoff*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
REBEKKAH BODOFF, ESQ.
Nevada Bar No. 12703
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
*Attorneys for CitiMortgage, Inc.*

**ABSOLUTE COLLECTION SERVICES, LLC**

*/s/ Shane D. Cox*
SHANE D. COX, ESQ.
Nevada Bar No. 13852
8440 W. Lake Mead Blvd., Ste. 210
Las Vegas, Nevada 89128
*Attorney for Absolute Collection Services, LLC*

**PENGILLY LAW FIRM**

*/s/ Elizabeth B. Lowell*
JAMES W. PENGILLY, ESQ.
Nevada Bar No. 8551
ELIZABETH B. LOWELL, ESQ.
Nevada Bar No. 8551
1995 Village Center Cir., Suite 190
Las Vegas, Nevada 89134
*Attorney for Tierra de las Palmas Owners Association*

**RICARDO FOJAS**

*/s/ Ricardo Fojas*
RICARDO FOJAS
P.O. BOX 400683
Las Vegas, Nevada 89140
*Pro se*

## ORDER

IT IS SO ORDERED:

Good cause appearing, it is ordered the July 11, 2018 calendar call and the July 16, 2018 trial setting are hereby vacated. It is further ordered trial is continued to **September 24, 2018 at 9:00 a.m., in courtroom 6A**, and that calendar call is hereby continued to **September 19, 2018 at 1:30 p.m., in courtroom 6A.**

Dated _July 9, 2018_____.

_____
UNITED STATES DISTRICT JUDGE

3

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on July 6, 2018 and pursuant to FRCP 5(b)(2)(E), I caused service via

U.S. District Court's Case Management/Electronic Case Files (CM/ECF) system and/or first class mail a

true and correct copy of the foregoing **SECOND JOINT MOTION TO CONTINUE TRIAL**

addressed to:

James W. Pengilly, Esq.
Elizabeth B. Lowell, Esq.
**Pengilly Law Firm**
1995 Village Center Cir., Ste. 190
Las Vegas, Nevada 89134
*Attorneys for Tierra de las Palmas Owners*
*Association*

Shane D. Cox, Esq.
Absolute Collection Services, LLC
8440 W. Lake Mead Blvd., Ste. 210
Las Vegas, Nevada 89128
*Attorney for Absolute Collection Services, LLC*

RICARDO FOJAS
P.O. BOX 400683
Las Vegas, Nevada 89140
*Pro se*

*/s/ Rachel Myrick*
An employee of AKERMAN LLP

4